1    ROBIN K. PERKINS (SBN 131252)
rperkins@perkins-lawoffice.com
2    NATALIA D. ASBILL (SBN 281860)
nasbill@perkins-lawoffice.com
3    PERKINS & ASSOCIATES
300 Capitol Mall, Suite 1800
4    Sacramento, CA 95814
Telephone: 916.446.2000
5    Facsimile: 916.447.6400

Attorneys for Plaintiff
KEVIN MEHTA

JAMES T. JONES (SBN 167967)
jonesj@jacksonlewis.com
KAITLYN L. LAVARONI (SBN 313366)
kaitlyn.lavaroni@jacksonlewis.com
JACKSON LEWIS P.C.
400 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendant
THE JACKSON LABORATORY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MEHTA,<br><br>    Plaintiff,<br><br>    v.<br><br>THE JACKSON LABORATORY WHICH WILL DO BUSINESS IN CALIFORNIA AS THE JACKSON LABORATORY, WEST, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:17-cv-01649-TLN-CKD<br><br>**STIPULATION TO EXTEND DEADLINE TO COMPLETE THE VOLUNTARY DISPUTE RESOLUTION PROGRAM SESSION AND ORDER** |

///

///

///

///

Pursuant to Local Rule 143, Plaintiff KEVIN MEHTA ("Plaintiff"), by and through his counsel of record, Robin K. Perkins and/or Natalia D. Asbill of Perkins & Associates, and Defendant THE JACKSON LABORATORY ("Defendant"), by and through its counsel of record, James J. Jones and/or Kaitlyn L. Lavaroni of Jackson Lewis P.C., hereby stipulate as follows:

WHEREAS, the parties elected to submit this matter to the Voluntary Dispute Resolution Program ("VDRP") pursuant to Local Rule 27(e)(1);

WHEREAS, on December 8, 2017, the parties selected Kelli Kennaday to act as the VDRP Neutral;

WHEREAS, Ms. Kennaday was appointed by the Court to act as the VDRP Neutral on December 11, 2017;

WHEREAS, pursuant to Local Rule 27(k)(1), the VDRP session is to be held no later than March 9, 2018 (ninety-one (91) days after the Neutral was selected);

WHEREAS, due to scheduling conflicts of counsel and Ms. Kennaday, Ms. Kennaday has advised that the first available date when all parties can appear to conduct the VDRP session until March 13, 2018;

WHEREAS, in light of the foregoing, the parties have conferred and agreed, subject to the Court's approval, to hold the VDRP session on March 13, 2018, which is four days beyond the 91-day time limit;

THEREFORE, the parties respectfully request that Judge Nunley extend the deadline to complete the VDRP session to March 13, 2018.

**IT IS SO STIPULATED**.

Dated: January 26, 2018          PERKINS & ASSOCIATES

By: /s/ *Robin K. Perkins* – as authorized on 1/26/18
    Robin K. Perkins
    Natalia D. Asbill

Attorneys for Plaintiff
KEVIN MEHTA

///

///

Dated: January 26, 2018        JACKSON LEWIS P.C.

By: /s/ *Kaitlyn L. Lavaroni*
    James T. Jones
    Kaitlyn L. Lavaroni

Attorneys for Defendant
THE JACKSON LABORATORY

## **ORDER**

Based on the forgoing executed stipulation of the Parties, the deadline for completion of the VDRP session is extended to March 13, 2018.

**IT IS SO ORDERED.**

Dated: 1/31/2018

_____
Troy L. Nunley
United States District Judge