1  ROBIN K. PERKINS
   *rperkins@perkins-lawoffice.com*
2  NATALIA D. ASBILL
   *nasbill@perkins-lawoffice.com*
3  PERKINS & ASSOCIATES
   300 Capitol Mall, Suite 1800
4  Sacramento, CA  95814
   Telephone:  (916) 446-2000
5  Facsimile:   (916) 447-6400

6  Attorneys for Plaintiff
   KEVIN MEHTA
7

8  JAMES T. JONES (SBN 167967)
   *james.jones@jacksonlewis.com*
9  KAITLYN L. LAVARONI (SBN 313366)
   *kaitlyn.lavaroni@jacksonlewis.com*
10 JACKSON LEWIS P.C.
   400 Capitol Mall, Suite 1600
11 Sacramento, CA  95814
   Telephone:  (916) 341-0404
12 Facsimile:   (916) 341-0141

13 Attorneys for Defendant
   THE JACKSON LABORATORY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN MEHTA,<br><br>  Plaintiff,<br><br>  v.<br><br>THE JACKSON LABORATORY WHICH WILL DO BUSINESS IN CALIFORNIA AS THE JACKSON LABORATORY, WEST, and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO.  2:17-cv-01649-TLN-CKD<br><br>**STIPULATION AND ORDER EXTENDING TIME TO COMPLETE DEPOSITIONS** |

/ / /

/ / /

/ / /

/ / /

1

Stipulation and Order Extending Time to Complete Depositions

Plaintiff Kevin Mehta ("Plaintiff") and The Jackson Laboratory ("Defendant") (collectively, "the Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff noticed the depositions of Jake Escobedo for August 29, 2018, Rebecca McClure for August 30, 2018, and Deanna Wilson for August 30, 2018;

WHEREAS, Defendant noticed the depositions of Plaintiff for August 22, 2018, Baljinder S. Gill, M.D. for August 29, 2018, Jysti Nayyar for August 31, 2018, and Deanna Wilson for August 31, 2018;

WHEREAS, the Parties were unable to proceed with the above-referenced depositions on the noticed dates due to scheduling issues;

WHEREAS, the Parties are currently meeting and conferring diligently and cooperatively on new dates for these depositions that must be completed prior to trial set for August 5, 2019 (Dkt. 6);

WHEREAS, the Parties agree that prejudice will occur to the other party should each party be unable to complete his/its respective depositions; and

WHEREAS, the Parties wish to complete the foregoing depositions without being in violation of the Scheduling Order (Dkt. 6).

THEREFORE, the Parties stipulate and agree, through their respective counsel, that the depositions of Jake Escobedo, Rebecca McClure, Deanna Wilson, Plaintiff, Baljinder S. Gill, M.D., and Jysti Nayyar shall be completed no later than February 22, 2019.

Should any deponent referenced in this stipulation represent that he or she is not available on the new deposition date agreed upon and re-noticed by counsel, the Parties agree to meet and

///
///
///
///
///
///

confer in good faith and to fully cooperate to reschedule any such deposition so that it shall be completed no later than February 22, 2019.

Dated: September 10, 2018         PERKINS & ASSOCIATES

By: */s/ Robin K. Perkins [authorized on 9.5.18]*
Robin K. Perkins
Natalia D. Asbill

Attorneys for Plaintiff
KEVIN MEHTA

Dated: September 10, 2018         JACKSON LEWIS P.C.

By: */s/ James T. Jones*
James T. Jones
Kaitlyn L. Lavaroni

Attorneys for Defendant
THE JACKSON LABORATORY

## **ORDER**

Based upon the foregoing stipulation of the Parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1. Plaintiff shall complete the depositions of Jake Escobedo, Rebecca McClure and Deanna Wilson by February 22, 2019;

2. Defendant shall complete the depositions of Plaintiff, Baljinder S. Gill, M.D., Jysti Nayyar and Deanna Wilson by February 22, 2019; and

3. The Parties shall meet and confer in good faith and fully cooperate to reschedule any deponent who claims he or she is not available to be deposition on the agreed upon and re-noticed date for his or her deposition, and shall complete any such deposition by February 22, 2019.

Dated: September 13, 2018

_____
Troy L. Nunley
United States District Judge